THE HONORABLE ROBERT S, LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>8520 14TH LLC and RICHARD HECKENLIVELY, individually,<br><br>Defendants. | Cause No. 2:21-cv-00688RSL<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant Richard Heckenlively ("the parties"), by and through their counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. The parties anticipate filing dismissal papers with the Court within thirty (30) days of this Notice of Settlement.

Respectfully submitted this 23rd day of June, 2021.

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206) 445-3961

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Jointly Submitted By:


*/s/ Derek C. Butz*
Derek C. Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com
*Attorney for Plaintiff*


*/s/ Joseph D. Gehrke*
Joseph D. Gehrke,
WSBA #47474
500 Union Street, Ste. 510
Seattle, WA 98101
Email: joe@seattlelitigation.com
*Attorney for Defendant Richard Heckenlively*

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

*/s/ Derek C. Butz*
Derek C. Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com
*Attorney for Plaintiff*