# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>8520 14TH LLC and RICHARD HECKENLIVELY, individually,<br><br>Defendants. | Cause No. 2:21-cv-00688-RSL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and Defendant Richard Heckenlively, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice Defendant Richard Heckenlively pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 1st day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

DATED this 1 July 2021.

Respectfully submitted,

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com

*/s/ Joseph D. Gehrke*
Joseph D. Gehrke
WSBA #47474
500 Union Street, Ste. 510
Seattle, Washington 98101
Email: joe@seattlelitigation.com
*Attorney for Defendant Richard Heckenlively*