# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　Plaintiff,<br><br>　　　-vs-<br><br>8520 14TH LLC and RICHARD HECKENLIVELY, individually,<br><br>　　　　　Defendants. | Cause No. 2:21-cv-00688-RSL<br><br>PLAINTIFF'S VOLUNTARY MOTION TO DISMISS<br><br>NOTE ON MOTIONS CALENDAR:<br>July 30, 2021 |

　　　Plaintiff, Robert Kessler, by and through undersigned counsel, hereby file the Plaintiff's Unopposed Voluntary Motion to Dismiss this action pursuant to the parties' settlement agreement.

　　　**IT IS SO ORDERED**, the above-referenced matter shall be Dismissed with prejudice.

　　　Dated this 2nd day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　*Robert S. Lasnik* (signature)
　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Motion to Dismiss　　Page | - 1 -　　　　　　　　　　　　　　　　　Enabled Law Group
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 18953
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Spokane, WA 99228
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(206) 445-3961